UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Quinn Pork, LLC, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:18cv379 UNA |
| State Farm Fire and Casualty Co., et al. | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on March 7, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge, under cause number 2:18cv00016.

**IT IS FURTHER ORDERED** that cause number 4:18cv379 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: March 7, 2018        By: /s/ Michele Crayton
                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:18cv00016 JMB.**